RECEIVED
MAY 1 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Terry and Diane Winder et al. 08-324 L

*If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.*

Name of the attorney of record (See RCFC 83.1(c)): R. Deryl Edwards, Jr.

Firm Name: Law Offices of R. Deryl Edwards, Jr.

Post Office Box:

Street Address: 606 South Pearl

City-State-Zip: Joplin, MO 64801

Telephone & Facsimile Numbers: (417) 624-1962

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O I

See attached sheet for three-digit codes.

Amount Claimed: $> $10,000 per named Plaintiff
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.