ORIGINAL

FILED
MAY 1 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY AND DIANE WINDER et al., Plaintiff, | ) | |
| v. | ) | Case No. 08-324 L |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**SELECTED CORPORATE PLAINTIFFS' DISCLOSURE OF CORPORATE INTERESTS**

Come Now, the selected corporate Plaintiffs in the above captioned, Anpen, Inc., Anpen, LLC, Carl Junction Cemetery Association, Carl Junction Fire Protection Improvement District, Cedar Ridge Development Co. and Northtown Village, Inc., individually and collectively, by and through their counsel of record, R. Deryl Edwards, Jr., and, pursuant to RCFC 7.1(a), herewith disclose their respective corporate interests as follows:

1. The above named corporate Plaintiffs, individually affirm and state that there is no parent corporation of these corporations or any publicly traded corporation that owns 10% or more of any one of these corporate Plaintiffs' respective stock

Respectfully Submitted,

LAW OFFICES OF R. DERYL EDWARDS
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151
rde417@hotmail.com