ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 1 2008
U.S. COURT OF FEDERAL CLAIMS

TERRY AND DIANE WINDER et al., )
Plaintiff, )
v. ) Case No. 08-324 L
UNITED STATES OF AMERICA, )
Defendant. )

**NOTICE OF INDIRECTLY RELATED CASES**

Come Now, the Plaintiffs, by and through their counsel of record, R. Deryl Edwards, Jr., and, pursuant to RCFC 40.2(b) and the accompanying Rules Committee Report, 2002 Revision, herewith provide notice to the Court and the Department of Justice that the Court may consider that there are indirectly related cases which share identity of subject matter with the present case, although the previous cases are in a post-judgment status against the United States and awaiting payment of attorney's fees, litigation costs, fees, expenses and prejudgment interest by the Defendant, the satisfaction of which will ultimately result in permanent removal from this Court's docket.

1. The Court will note that two consolidated Court of Federal Claims cases, *Carl Junction R-1 School District v. U.S.*, case no. 05-3L and *Jeff Lundien et al. v. U.S.*, Case No. 05-4L, were Tucker Act cases filed against the United States arising out of the issuance of a Notice of Interim Trail Use (NITU) by a federal agency, brought by a total of eight Plaintiffs for Fifth Amendment "takings" of property in a 100 foot right-of-way

along a 15.93 mile span of former track operated by the Burlington Northern Santa Fe Railway in Jasper County, Missouri.

2. As stated, these two consolidated cases were consensually reduced to judgment against the United States, which has paid the eight Plaintiffs the agreed upon property damages, but whom continue to await the payment by the government of a separate judgment for prejudgment interest, litigation costs, expenses and attorney's fees. Technically speaking, the cases are still active, however, the cases will be removed from this Court's docket after satisfaction of the judgment, which is expected in the upcoming months. Out of an abundance of caution to adhere to Plaintiffs' interpretation of RCFC 40.2(b), and principles of fairness and candor, Plaintiffs submit this Notice of Indirectly Related Cases due to the sharing of identity of subject matter as discussed in the Rules of Committee Report, 2002 Revision to RCFC 40.2(b).

3. The Plaintiffs point out that there is a shared identity of subject matter between these two consolidated cases and the present case because the cases all arise from the same 15.93 mile long former railroad right-of-way which was taken for public use as a walking trail pursuant to the 1983 Amendments to the National Trails System Act on June 21, 2002 when an NITU was issued by the Surface Transportation Board. However, the cases are quite distinct in that the Plaintiffs in the case sub judice own real property that was allegedly taken, for Fifth Amendment condemnation purposes, which is totally different from the real property involved in the consolidated cases. Furthermore, there may be at least one other case filed prior to the June 21, 2008 six year anniversary of the Surface Transportation Board's issuance of a NITU on June 21, 2002, which if done, will

be sought out for consolidation with this case, thereby requiring a Notice of Direct Related Case under RCFC 40.2(a).

WHEREFORE, the Plaintiffs submit this Notice of Indirectly Related Case to the Court and Opposing Counsel in the Department of Justice, Mr. Mark Barron, to assure compliance with the provisions of RCFC 40.2(b).

Respectfully Submitted,

LAW OFFICES OF R. DERYL EDWARDS
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151
rde417@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

The Plaintiffs, by and through their counsel, R. Deryl Edwards, Jr., herewith certify that they transmitted the foregoing Notice of Indirectly Related Claims by facsimile and by U.S. Mail, postage prepaid, this 30th day of April, 2008 to the following:

Mark Barron, Esq.
United States Dept. of Justice
Environment & Natural Resources
Natural Resources Section
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
Attorney for the United States of America

R. Deryl Edwards, Jr.