**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TERRY and DIANE WINDER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08-324 L |
| vs. ) | |
| ) | Judge Christine O.C. Miller |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ______________________________) | |

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, Mark S. Barron has entered an appearance as counsel for the United States in this matter. Service of all papers should be made to Mr. Barron at the following address:

U.S. Mail:

Mark S. Barron
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663

Street Address for FED-EX and Courier:

Mark S. Barron
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street NW, Suite 3127
Washington, D.C. 20004

Telephone: (202) 305-0490
Facsimile: (202) 305-0506
Email: mark.barron@usdoj.gov

Respectfully submitted this 11th day of June, 2008,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: *s/ Mark S. Barron*
MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044
Tel. (202) 305-0490/ Fax (202) 305-0506
mark.barron@usdoj.gov

*Attorneys for the United States*