# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TERRY and DIANE WINDER, *et al.*,** *

Plaintiffs, *

v. * No. 08-324L

**THE UNITED STATES,** * (Filed June 11, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The United States' Unopposed Motion for Stay of Proceedings filed this date is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is stayed until July 3, 2008.

2. The parties shall file a Joint Status Report by July 3, 2008, stating with particularity whether plaintiffs intend to file other related complaints and whether this case should be consolidated with any new or previously filed actions.

s/ Christine O.C. Miller

____________________________________________

**Christine Odell Cook Miller**
Judge