IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY AND DIANE WINDER et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 08 – 324 L |
| | ) | |
| | ) | Hon. Christine O.C. Miller |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO CONSOLIDATE**
**AND MEMORANDUM IN SUPPORT**

Come Now, the Plaintiffs, by and through their counsel of record, R. Deryl Edwards, Jr., and, pursuant to RCFC 42(a), RCFC 42.1 and the Court's Order of May 15, 2008 (Doc. # 6) herewith move for an Order of this Honorable Court to consolidate the captioned case with a case styled, *Stan and Rebecca Beecham v. U.S.*, which was filed on or about June 16, 2008 in the Federal Court of Claims for the following reasons:

1. The captioned case involves Tucker Act cases filed against the United States arising out of the issuance of a Notice of Interim Trail Use (NITU) on June 21, 2002 by the Surface Transportation Board, brought by Plaintiffs for Fifth Amendment "takings" of property in a 100 foot former railroad right-of-way along a 15.93 mile span of former track operated by the Burlington Northern Santa Fe Railway in Jasper County, Missouri.

2. The aforementioned *Beecham* case is similar with the captioned case both factually and legally as the case involves the same 15.93 mile span of abandoned railbed in Jasper County, Missouri and the claims for relief are virtually identical in the two cases.

3. Plaintiffs respectfully submit that assignment to Judge Miller of the captioned action and consolidation of the captioned case with the aforementioned *Beecham* case is likely to conserve judicial resources and promote an efficient determination of the actions which arise out of similar claims. Judge Miller has previously issued a Stay Order in the *Winder* case (Doc. # 6) until July 3, 2008 anticipating this and perhaps other filings prior to that time which would be appropriate for consolidation.

WHEREFORE, the Plaintiffs request the Court issue an Order consolidating the captioned case with the *Beecham v. U.S.* case filed on or about June 16, 2008 for the reasons set forth herein and for such other and further reasons as this Court deems just and equitable.

Respectfully Submitted,

s/

LAW OFFICES OF R. DERYL EDWARDS
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

The Plaintiffs, by and through their counsel, R. Deryl Edwards, Jr., herewith certify that they transmitted the foregoing Motion to Consolidate by facsimile and by U.S. Mail, postage prepaid, this 14th day of June, 2008 to the following:

Mark Barron, Esq.
United States Dept. of Justice
Environment & Natural Resources
Natural Resources Section
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
Attorney for the United States of America

_________s/____________________________
R. Deryl Edwards, Jr.