# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TERRY and DIANE WINDER, *et al.*,** *

Plaintiffs, *

v. * No. 08-324L

**THE UNITED STATES,** * (Filed June 18, 2008)

Defendant. *

_______________________________________ *

**STAN and REBECCA BEECHAM, *et al.*,** *

Plaintiffs, *

v. * No. 08-435L

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to RCFC 42(a) and 42.1; and further to ¶ 6 of the Joint Status Report filed on June 11, 2008, by which defendant represented that the parties agreed that plaintiffs' motion to consolidate is appropriate; and further to the order entered on June 11, 2008, Plaintiffs' Motion To Consolidate filed on June 14, 2008, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Beecham v. United States, No. 08-435L (Fed. Cl. filed June 16, 2008), is consolidated with No. 08-324L.

2. Paragraph 2 of the order entered on June 11, 2008, in No. 08-324L remains in effect.

3. Defendant shall respond to the consolidated complaints by August 18, 2008.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge