# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TERRY and DIANE WINDER, *et al.*,** *

Plaintiffs, *

v. * No. 08-324L

**THE UNITED STATES,** * (Filed June 24, 2008)

Defendant. *

______________________________________________ *

**STAN and REBECCA BEECHAM, *et al.*,** *

Plaintiffs, *

v. * No. 08-435L

**THE UNITED STATES,** *

Defendant. *

______________________________________________ *

**BESSIE SHIRA, *et al.*,** *

Plaintiffs, *

v. * No. 08-453L

**THE UNITED STATES,** *

Defendant. *

______________________________________________ *

**NORMAN and MIRNA JONES,** *

Plaintiffs, *

v. * No. 08-457L

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to RCFC 42(a) and 42.1; and further to ¶ 6 of the Joint Status Report filed on June 11, 2008, by which defendant represented that the parties agreed that plaintiffs' motions to consolidate is appropriate; and further to the order entered on June 11, 2008, Plaintiffs' Motions To Consolidate filed on June 19 and 20, 2008, are granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Bessie Shira v. United States, No. 08-453L (Fed. Cl. filed June 19, 2008), is consolidated with No. 08-324L and No. 08-435L.

2. Norman Jones v. United States, No. 08-457L (Fed. Cl. filed June 20, 2008), is consolidated with No. 08-324L and No. 08-435L

3. Paragraph 2 of the order entered on June 11, 2008, in No. 08-324L remains in effect.

4. Defendant shall respond to the consolidated complaints by August 18, 2008.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge