# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TERRY and DIANE WINDER, *et al.*,** *

Plaintiffs, *

v. * No. 08-324L

**THE UNITED STATES,** * (Filed July 3, 2008)

Defendant. *

______________________________________________ *

**STAN and REBECCA BEECHAM, *et al.*,** *

Plaintiffs, *

v. * No. 08-435L

**THE UNITED STATES,** *

Defendant. *

______________________________________________ *

**BESSIE SHIRA, *et al.*,** *

Plaintiffs, *

v. * No. 08-453L

**THE UNITED STATES,** *

Defendant. *

______________________________________________ *

**NORMAN and MIRNA JONES,** *

Plaintiffs, *

v. * No. 08-457L

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * 

**ORDER**

Further to the order entered on June 24, 2008, * consolidating these cases, and further to the parties' Joint Motion To Consolidate Related Actions and Joint Status Report filed on July 2, 2008,

**IT IS ORDERED**, as follows:

1. The order entered on June 24, 2008, renders the Joint Motion To Consolidate moot.

2. The stay in this case is lifted and ¶ 3 of the order entered on June 18, 2008, is amended insofar as defendant shall respond to the consolidated complaints by September 3, 2008.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge

* The June 24 Order while correctly docketed in Nos. 08-453L & -457L, was inadvertently omitted from entry into the docket of the lead case No. 08-324L. This omission has now been corrected *nunc pro tunc*. See Entry [13].