# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TERRY and DIANE WINDER,** ***et al.*****,** *

Plaintiffs, *

v. * No. 08-324L

**THE UNITED STATES,** * (Filed July 9, 2008)

Defendant. *

_____________________________________________ *

**STAN and REBECCA BEECHAM,** ***et al.*****,** *

Plaintiffs, *

v. * No. 08-435L

**THE UNITED STATES,** *

Defendant. *

_____________________________________________ *

**BESSIE SHIRA,** ***et al.*****,** *

Plaintiffs, *

v. * No. 08-453L

**THE UNITED STATES,** *

Defendant. *

_____________________________________________ *

| | | |
|---|---|---|
| **NORMAN and MIRNA JONES**, | * | |
| Plaintiffs, | * | |
| v. | * | No. 08-457L |
| **THE UNITED STATES**, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant file a Notice of Related Cases on July 8, 2008, representing that the parties agree to defer a determination on consolidation of Fauvergue v. United States, No. 08-431L (Fed. Cl. June 12, 2008), until after a ruling on plaintiff's Motion To Certify Class Action filed on June 18, 2008. However, both defendant's answers in these cases and the parties' Joint Preliminary Status Report shall be filed within the time provided by rule.

**IT IS SO ORDERED**.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge

cc: Sr. Judge Smith